UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**LHAGS, INC.,**

    *Plaintiff*,

v.                                                      Case No. 5:23-CV-1364-JKP-HJB

**ALTOS HORNOS DE MEXICO,
S.A.B. DE C.V.,**

    *Defendant.*

## ORDER OF ADMINISTRATIVE CLOSURE

Plaintiff commenced this case in October 2023 but has yet to serve defendant. Because Defendant is a company in Mexico, Plaintiff has pursued service via the Hague Convention as authorized under Fed. R. Civ. P. 4(f). This process may be lengthy without any specific time for completion. The assigned Magistrate Judge recently extended the date for service to August 5, 2025. *See* ECF No. 17. Given the issues of service this case is effectively indefinitely stayed until service is made.

When a case is subject to an indefinite stay, it is appropriate for administrative closure. *Mire v. Full Spectrum Lending, Inc*., 389 F.3d 163, 167 (5th Cir. 2004). The Court finds that administrative closure is appropriate under the current circumstances. The act of administrative closure is not a dismissal or disposition of the case, nor any reflection or comment on the merits of this action. The Court or any party may initiate further proceedings as warranted. *See id.* And as ordered by the Magistrate Judge, Plaintiff shall file a Third Advisory Report on Service **on or before August 7, 2025**. The case remains referred to the Magistrate Judge for pretrial management as previously ordered, *see* Referral Order (ECF No. 4), and the Magistrate Judge may order this case reopened should an advisory or other filing warrant such action. For the foregoing reasons,

the Court **DIRECTS the Clerk of Court to administratively close this case pending further court order.**

    IT IS SO ORDERED this 6th day of February 2025.

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**